UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LP

Civ. L No. 07-5483

RECEIVED DEC 24 2007

Jonathan Lee Riches©,
Plaintiff
v.
Johnny Knoxville d/b/a Jackassworld.com; BAM Margera; Steve-O; Dave England; Chris Pontius,
Defendants

## Complaint

Comes Now the Plaintiff, Jonathan Lee Riches©, under 42 USC 1983. I seek $10 million. Defendants are harassing me with prank phone calls at FCI Williamsburg. I'm in solitary confinement. The Administration told me Knoxville keeps calling me from Temple University, trying to get me on tape talking about my 8th amendment rights being violated. Solitary confinement is a civil rights violation. I'm nervous and scared.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully Submitted
Jonathan Lee Riches©